

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-81,529-02

### EX PARTE AURBEN JAMAL ANDERSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W09-52154-Y(B)
### IN THE CRIMINAL DISTRICT COURT NO. 7
### FROM DALLAS COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty and was convicted of aggravated robbery. He was sentenced to twenty years' imprisonment.

This Court remanded the application to the trial court for findings of fact and conclusions of law. The trial court recommended that relief be denied.

This Court does not adopt the trial court's findings of fact or conclusions of law regarding

the alleged non-compliance of the application under TEX. R. APP. P. 73.1(c).  Based on the trial court's other findings of fact and conclusions of law, as well as this Court's independent review of the entire record, we deny relief.

Filed:  November 4, 2015
Do not publish